**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

FRANK D. FLANAGAN, JR.
ADC #651324                                                                                           PLAINTIFF

v.                                     1:12-cv-00050-BSM-JJV

DAVID LUCAS, Sheriff,
Jackson County; AND
MIKE SMITH, Jail Administrator,
Jackson County Detention Center                                                      DEFENDANTS

**ORDER**

1. Service is appropriate for Defendants David Lucas and Mike Smith.

2. The Clerk of the Court shall prepare Summons for Defendants.

3. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 14th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE