# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

FRANK D. FLANAGAN, JR.
ADC #651324                                                         PLAINTIFF

v.                          1:12-cv-00050-BSM-JJV

DAVID LUCAS, Sheriff,
Jackson County; AND
MIKE SMITH, Jail Administrator,
Jackson County Detention Center                                    DEFENDANTS

## <u>ORDER</u>

1.    Service is appropriate for Defendants David Lucas and Mike Smith.

2.    The Clerk of the Court shall prepare Summons for Defendants.

3.    The United States Marshal is directed to serve a copy of the Complaint (Doc.

No. 2) and Summons on Defendants without prepayment of fees and costs or security

therefore.

SO ORDERED this <u>14th</u> day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE