# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**FRANK D. FLANAGAN, JR.**                                                **PLAINTIFF**

**v.**                              **CASE NO. 1:12CV00050 BSM/JJV**

**DAVID LUCAS, Sheriff,**
**Jackson County et al.**                                                 **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States

Magistrate Judge Joe J. Volpe [Doc. No. 21] have been reviewed.  No objections were filed.

After carefully considering these documents and making a *de novo* review of the record, it

is concluded that the proposed findings and recommended disposition should be, and hereby

are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

The motion for summary judgment filed by defendants David Lucas and Mike Smith

[Doc. No. 18] is granted and the complaint [Doc. No. 2] is dismissed with prejudice.

An appropriate judgment shall accompany this order.

Dated this 16th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE